UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Eric L. Leinbach, Esq.
1603 Butler Street
Easton, PA 18042
Phone Number (610) 258-5859
Fax Number (610) 252-0806
Attorney for the Debtors Morrison

Order Filed on
5/6/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

   Gary Morrison and
   Michele Morrison

Case No.: 14-13436-CMG

Adv. No.: N/a

Hearing Date: May 7, 2014

Judge: Gravelle

**ORDER TO CONVERT FROM CHAPTER 7 TO CHAPTER 13
AND FOR DISGOREMENT OF ATTORNEYS FEES**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 5/6/2014**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

GaryMorrison and Michele Morrison 14-13436-CMG

This matter was presented to the Court, and upon motion of the Debtor's, Gary Morrison and Michele Morrison  Motion to Convert the Debtors case from Chapter 7 to Chapter 13, as well as seeking disgorgement of Attorneys fees and for good cause appearing, it is hereby:

ORDERED that the Debtor's Motion to Convert the Debtors case from Chapter 7 to Chapter 13 is granted, and

IT IS FURTHER ORDERED, that Scott Wilhelm and his firm shall disgorge all Attorneys fees received from the Debtors in the amount of $ 1,294.00 within 10 days hereof.

*Approved by Judge Christine M. Gravelle  May  06, 2014*