

Order Filed on 5/28/2014
by Clerk U.S. Bankruptcy Court District of New Jersey

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
jmcdonnell@mcdonnellcrowley.com
John M. McDonnell (JM 8731)
bcrowley@mcdonnellcrowley.com
Brian T. Crowley (BC2778)
*Counsel for Peggy E. Stalford,*
*Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>GARY W. MORRISON and MICHELE MORRISON,<br><br>        Debtors. | Case No. 14-13436 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |

## ORDER REVISING ORDER
## CONVERTING DEBTORS' CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: 5/28/2014**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | Gary W. Morrison and Michele Morrison |
| Case No.: | 14-13436 (CMG) |
| Caption of Order: | Order Revising Order Converting Debtors' Case to Chapter 13 |

**THIS MATTER** having been opened to the Court upon the motion of the debtors, Gary W. Morrison and Michele Morrison (the "Debtors"), to convert her Chapter 7 case to Chapter 13 (the "Motion"); and the Court having considered the response to the Motion submitted by Peggy E. Stalford, Chapter 7 Trustee for the Debtor (the "Chapter 7 Trustee"); upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS ORDERED** that this Order amends, supplements, and revises the Court's previous order titled *Order to Convert from Chapter 7 to Chapter 13 and for Disgorgement of Attorneys Fees* (Docket No. 42) (the "First Order to Convert"). Unless otherwise noted herein, the terms of the First Order to Convert will remain in force; and it is further

**IT IS ORDERED** that the Debtors' bankruptcy case be and hereby is converted from Chapter 7 to Chapter 13; and it is further

**ORDERED** that the Chapter 7 Trustee and her professionals may file proofs of claim in the Debtors' converted case.

**ORDERED** that in the event that the Debtors are unsuccessful in confirming or completing a Chapter 13 plan of reorganization, the Debtors' case shall not be dismissed without further review of this Bankruptcy Court, and such review shall not be limited to section 706 of the Bankruptcy Code.

*Approved by Judge Christine M. Gravelle  May  28, 2014*