| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 14-13436 / CMG**

Gary W Morrison  
Michele Morrison  
543A North Main Street  
Stewartsville  NJ      08886

Petition Filed Date: 02/27/2014  
341 Hearing Date: 06/05/2014  
Confirmation Date: 12/17/2014

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2017 | $930.00 | 36196930 - | 02/13/2017 | $930.00 | 37106250 - | 03/10/2017 | $930.00 | 37839240 - |
| 04/19/2017 | $930.00 | 38924350 - | 06/01/2017 | $930.00 | 40053710 - | 07/05/2017 | $930.00 | 40985590 - |
| 08/07/2017 | $930.00 | 41840840 | 09/20/2017 | $930.00 | 42963010 | 10/26/2017 | $930.00 | 43906910 |
| 10/30/2017 | $930.00 | 43909860 | 11/30/2017 | $930.00 | 44704810 | 12/21/2017 | $930.00 | 45331570 |
| 01/16/2018 | $930.00 | 45874650 | | | | | | |

**Total Receipts for the Period: $12,090.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $40,920.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Gary W Morrison | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ERIC L LEINBACH, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,432.68 | $2,022.86 | $6,409.82 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,236.02 | $1,256.05 | $3,979.97 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $16,259.49 | $3,900.39 | $12,359.10 |
| 4 | Sallie Mae Dept of Ed Svcg<br>»»  STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | SALLIE MAE<br>»»  STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SALLIE MAE<br>»»  STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | McDonnell Crowley, LLC | Other Administrative Fees | $8,000.00 | $8,000.00 | $0.00 |
| 8 | PNC BANK | Unsecured Creditors | $2,988.37 | $716.86 | $2,271.51 |
| 9 | PNC BANK | Unsecured Creditors | $10,921.04 | $2,619.78 | $8,301.26 |
| 10 | WELLS FARGO BANK, NA<br>»»  P/543 A-B NORTH MAIN/1ST MTG | Mortgage Arrears | $1,692.69 | $1,692.69 | $0.00 |
| 0 | ERIC LEINBACH<br>»»  ATTY DISCL | Attorney Fees | $1,028.53 | $1,028.53 | $0.00 |
| 0 | ERIC LEINBACH<br>»»  ORDER 1/9/15 | Attorney Fees | $16,605.47 | $16,605.47 | $0.00 |

**Chapter 13 Case No. 14-13436 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,920.00 | Plan Balance: | $14,880.00 ** |
| Paid to Claims: | $37,842.63 | Current Monthly Payment: | $930.00 |
| Paid to Trustee: | $2,207.82 | Arrearages: | $930.00 |
| Funds on Hand: | $869.55 | Total Plan Base: | $55,800.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**